# UNITED STATES DISTRICT COURT

Southern District of Ohio



FILED
TIME:
APR -4 2012
JAMES BONINI, Clerk
COLUMBUS, OHIO

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

DELBERT L. PAYNE

Case No. 2:09-mj-517

USM No. 68014-061

Steven S. Nolder, FPD
Defendant's Attorney

**THE DEFENDANT:**

✖ admitted guilt to violation of condition(s)   **1 through 5**   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | positive test for marijuana | 12/12/2011 |
| 2 | failure to report to USPO | 03/07/2012 |
| 3 | failure to report change of address | 03/22/2012 |
| 4 | failure to participate in substance abuse treatment | 02/21/2012 |
| 5 | failure to complete community service | 01/06/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5729__

Defendant's Year of Birth: __1979__

City and State of Defendant's Residence:
__Columbus, Ohio__

__April 3, 2012__
Date of Imposition of Judgment

_/s/ Terence P. Kemp_
Signature of Judge

Terence P. Kemp, U.S. Magistrate Judge
Name and Title of Judge

__4/4/2012__
Date

DEFENDANT: Delbert L. Payne
CASE NUMBER: 2:09-mj-517

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
THREE (3) MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL